IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS HAGER, individually and on behalf of those similarly situated,<br><br>                                  Plaintiff,<br><br>    v.<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP, INC., a Maryland corporation, METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC., and METRO ONE LOSS PREVENTION SERVICES GROUP (GUARDS),<br><br>                                  Defendants. | No. 3:25-cv-05164-JHC<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT |

Pursuant to the parties' Stipulated Motion to Extend Deadline for Joint Status Report Deadline ("Stipulated Motion"), Dkt. # 25, it is hereby ORDERED that:

1. The Stipulated Motion is GRANTED.

2. The parties' Joint Status Report shall be due on August 25, 2025.

//

//

//

ORDER
CASE NO. 3:25-CV-05164-JHC

1

1     DATED this 4th day of August, 2025.

                                        *John H. Chun* (signature)
                                        John H. Chun
                                        UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 3:25-CV-05164-JHC