UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DENNIS HAGER, | CASE NO. C25-5164JHC |
| --- | --- |
| Plaintiff, | SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |
| v. | |
| METRO ONE LOSS PREVENTION SERVICES GROUP, INC., et al., | |
| Defendants. | |

| Deadline for Plaintiff to file motion for class certification | *January 16, 2026* |
| --- | --- |
| Defendants' Opposition | *February 13, 2026, or four (4) weeks following the Rule 23 class certification motion, whichever is later* |
| Plaintiff's Reply | *February 27, 2026 or six (6) weeks following the filing of the Rule 23 class certification motion, whichever is later* |

//

ORDER - 1

1     This Order is issued at the outset of the case, and a copy is sent by the clerk to
2 counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared.
3 Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all
4 parties who appear after this Order is filed. Such service shall be accomplished within
5 ten (10) days after each appearance.

6     The Court will set further case schedule deadlines pursuant to Federal Rule of
7 Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for
8 Plaintiff(s) shall inform the Court immediately should Plaintiff(s) at any time decide not
9 to seek class certification. The dates set in this scheduling order are firm dates that can
10 be changed only by order of the Court, not by agreement of the parties. The Court will
11 alter these dates only upon good cause shown. The failure to complete discovery within
12 the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all
13 discovery matters are to be resolved by agreement if possible. In addition, pursuant to
14 Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order
15 relating to discovery, the movant must request a conference with the Court" by notifying
16 Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov.
17 See Fed. R. Civ. P. 16(b)(3)(B)(v).

18     Dated this 19th day of November, 2025.

*[Signature: John H. Chun]*

The Honorable John H. Chun
United States District Judge

ORDER - 2